IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT CHAPOLINI,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-1136** |
| | : | |
| **BLANCHE CARNEY,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 30th day of July, 2025, upon consideration of Defendants Blanche Carney, Terry Pierre Lacomb, K. Lytle, Sipp, and Delgado's Motion to Dismiss (ECF No. 41), Plaintiff Vincent Chapolini's "Motion in Opposition to Defendants Motion to Dismiss" (ECF No. 43), Chapolini's "Motion of Constructive Notice" (ECF No. 38), Chapolini's Motion to Withdraw Request to Amend Paragraph # 15 of the Complaint (ECF No. 39), and Chapolini's Motion for the Appointment of Counsel (ECF No. 45), it is **ORDERED** that:

    1.    The Clerk of Court is **DIRECTED** to reclassify Chapolini's "Motion in Opposition to Defendants Motion to Dismiss" (ECF No. 43) as a Response to Defendants' Motion to Dismiss (ECF No. 41).

    2.    Defendants' Motion to Dismiss (ECF No. 41) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

    3.    Defendants Blanche Carney, Terry Pierre Lacomb, K. Lytle, Sipp, and Delgado shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

    4.    Chapolini's Motion for the Appointment of Counsel (ECF No. 45) is **GRANTED in part**, consistent with this Order. The Clerk of Court is **DIRECTED** to refer this matter to the

*Pro Se* Plaintiff's Prisoner Civil Rights Panel for the Eastern District of Pennsylvania for possible appointment of counsel.[1]

     5.     Chapolini's Motion of Constructive Notice (ECF No. 38) and Chapolini's Motion to Withdraw Request to Amend Paragraph # 15 of the Complaint (ECF No. 39) are **DENIED AS MOOT**.

     6.     Chapolini's Motion for Printout of Entire Docket (ECF No. 47) is **GRANTED**. The Clerk of Court is directed to mail a copy of the docket summary to Plaintiff.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

---

[1] Chapolini should be aware that he has no legal right to an attorney in this civil action, and that the Court is not appointing an attorney to represent him. Rather, the Court is asking an attorney to review Plaintiff's case. That attorney may exercise his/her discretion in determining whether to agree to represent Chapolini in this action.